June 27, 2018

**By ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>SEC v. Craig H. Carton, et al., 1:2017-cv-06764-LGS</u>
    **Joint Status Letter**

Dear Honorable Judge Schofield:

The parties submit this joint status letter pursuant to the Court's order of October 3, 2017 (Dkt. 45).

Plaintiff Securities and Exchange Commission (the "Commission") filed this civil enforcement action on September 6, 2017. The same day, Defendant Craig H. Carton ("Carton") was arrested and charged by criminal complaint in a parallel matter in the Southern District of New York, *United States v. Craig Carton, et al.*, 1:2017-mj-06692. On September 29, 2017, Defendants Carton and five of the six entity defendants in this matter, AdvanceM Ltd., Misoluki, Inc., Misoluki, LLC, Ticket Jones, LLC, and Tier One Tickets, LLC (collectively, the "Carton Entities") filed a letter with this Court requesting a pre-motion conference in connection with their proposed motion to stay this matter pending the resolution of the parallel criminal case against Carton. The Commission did not oppose this stay request, as long as the Commission could issue subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure ("Rule 45") during any stay. Defendants Joseph G. Meli and Advance Entertainment, LLC did not take a position on the stay request. On October 3, 2017, the Court ordered this action stayed, except allowing the Commission to issue subpoenas pursuant to Rule 45. The Court also ordered the parties to inform the Court when the criminal case is resolved and to file a joint status letter by November 15, 2017, and every 45 days thereafter, updating the Court on the status of the criminal proceedings.

On November 2, 2017, a grand jury returned an indictment against Carton and a co-defendant who is not named as a defendant in this civil action, *United States v. Craig Carton, et al.*, 1:2017-cr-00680-CM. On November 8, 2017, Carton was arraigned and entered a plea of not guilty in the criminal case. The criminal case against Carton remains pending.

1

Since the last joint status letter was filed in this matter on May 15, 2018, Carton and his co-defendant filed certain pretrial motions in the criminal case. Those motions have been fully briefed and are awaiting decision. The next status conference in the criminal case is scheduled for July 19, 2018. The criminal trial is scheduled to begin on October 29, 2018.

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

S/ Dahlia Rin
Dahlia Rin
Martin F. Healey
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
rind@sec.gov
Tel: 617-573-8807 (Rin)
Fax: 617-573-4590

*Attorneys for Plaintiff*


GOTTLIEB & JANEY LLP

S/ Derrelle M. Janey (signed w/permission)
Robert C. Gottlieb
Derrelle M. Janey
Gottlieb & Janey LLP
111 Broadway, Suite 701
New York, NY 10006
djaney@gottliebjaney.com
Tel: (212) 566-7766 (Janey)
Fax: (212) 374-1506

*Attorneys for Defendants Craig H. Carton,
AdvanceM Ltd., Misoluki, Inc., Misoluki, LLC,
Ticket Jones, LLC, and Tier One Tickets, LLC*

KASOWITZ, BENSON, TORRES LLP

S/ Daniel J. Fetterman (signed w/permission)
Daniel J. Fetterman
Michael P. Bowen
Jeffrey R. Alexander
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019
dfetterman@kasowitz.com
Tel: (212) 506-1934 (Fetterman)
Fax: (212) 506-1800

*Attorneys for Defendants Joseph G. Meli and
Advance Entertainment, LLC*

To: All Counsel (via ECF)

2