UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
                                Plaintiff, :      17 Civ. 6764 (LGS)
:
          -against- :      ORDER
:
CRAIG H. CARTON, et al., :
                            Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2018

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 29, 2018, counsel for defendants Joseph Meli and Advance Entertainment, LLC filed a letter requesting permission to withdraw as counsel, due to irreconcilable differences between the firm and the client, unpaid legal fees, and "additional professional considerations" (Dkt. No. 54);

      WHEREAS, Joseph Meli has not consented to the withdrawal. It is hereby

      **ORDERED** that by **November 6, 2018**, counsel for Joseph Meli and Advance Entertainment, LLC shall file a declaration on ECF pursuant to Local Rule 1.4. To the extent that the declaration discloses attorney-client communications or case strategy, counsel shall e-mail the declaration to the Chambers inbox with an application to file it in redacted form or under seal, pursuant to Individual Rule I.C.3.

Dated: October 30, 2018
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE